**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 98-50061
Summary Calendar

CAROLYN J. GIBBS,

Plaintiff-Appellant,

VERSUS

ASHLEY C. GIBBS, a Minor Child and ANDREW F. GIBBS, a Minor Child,

Intervenor Plaintiffs-Appellees,

VERSUS

GENERAL AMERICAN LIFE INSURANCE COMPANY,

Defendant-Appellee.

Appeal from the United States District Court
for the Western District of Texas

April 22, 1999

Before DAVIS, DUHÉ, and PARKER, Circuit Judges.

BY THE COURT:

Treating the Petition for Rehearing En Banc as a Petition for Panel Rehearing, the Petition for Panel Rehearing is GRANTED. The panel opinion, dated March 3, 1999 is VACATED. It is further ORDERED that the Clerk shall assign this case to the oral argument

calendar.